```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
JORGE LUZQUIÑOS,

                Plaintiff,
                                        MEMORANDUM OPINION
     - against -
                                        06 Civ. 3553 (MGC)
EILEEN MYERS, a.k.a. EILEEN MEYERS,
a.k.a. EILEEN LIERMAN; JEMAA FAMILY
LIMITED PARTNERSHIP, a.k.a. JEMAB
FAMILY LIMITED PARTNERSHIP; and SAM
REALTY, LLC.

                Defendants.
---------------------------------x
```

**Cedarbaum, J.**

This is to confirm that Plaintiff Jorge Luzquiños has provided an undertaking, in the amount of $1000, for an Order of Attachment. If Defendants recover judgment or it is finally decided that Plaintiff was not entitled to an attachment of Defendants' property, Plaintiff shall pay all costs and damages, including reasonable attorneys' fees, which Defendants sustained by reason of the attachment. In any event, Plaintiff shall pay to the Sheriff all of his allowable fees.

SO ORDERED.

Dated:   New York, New York
         January 23, 2007

                            S/_____
                               MIRIAM GOLDMAN CEDARBAUM
                             United States District Judge